# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| EVELYN F. BOWEN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02770-GMN-VCF<br>**<u>ORDER</u>** |

      Before the Court is the Notice of Settlement Between Evelyn F. Bowen and Equifax Information Services, LLC (ECF No. 9).

      Accordingly,

      IT IS HEREBY ORDERED that a proposed stipulation and order for dismissal between Bowen and Equifax must be filed on or before February 28, 2018.

      DATED this 2nd day of January, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE