David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, EVELYN F. BOWEN*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

EVELYN F. BOWEN,

           Plaintiff,

v.

CITIMORTGAGE, INC.; EQUIFAX INFORMATION SERVICES, LLC,

           Defendants.

**Case No. 2:17-cv-02770-GMN-VCF**

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO CITI ONLY**

      Plaintiff EVELYN F. BOWEN and Defendant CITIMORTGAGE, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to,**

…

…

**CITIMORTGAGE, INC.** Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 15, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Andrew A. Bao, Esq. |
| David H. Krieger, Esq. | Andrew A. Bao, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 10508 |
| HAINES & KRIEGER, LLC | WOLFE & WYMAN, LLP |
| 8985 S. Eastern Avenue | 6757 Spencer Street |
| Suite 350 | Las Vegas, NV 89119 |
| Henderson, Nevada 89123 | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

DATED this __20__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court